1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANIEL TARIN GARCIA,

11             Petitioner,                No.  2:12-cv-0834 KJN P

12        vs.

13   UNKNOWN,

14             Respondent.               ORDER

15   _____/

16             Petitioner, an Arizona state prisoner proceeding without counsel or "pro se," has

17   filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a

18   request to proceed in forma pauperis.  In his application, petitioner challenges a conviction issued

19   by the Merced County Superior Court.  Merced County is part of the Fresno Division of the

20   United States District Court for the Eastern District of California.  See Local Rule 120(d).

21             Pursuant to Local Rule 120(f), a civil action which has not been commenced in

22   the proper division of a court may, on the court's own motion, be transferred to the proper

23   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24   court.  This court will not rule on petitioner's request to proceed in forma pauperis.

25   ////

26   ////

                                        1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1.  This court has not ruled on petitioner's request to proceed in forma pauperis;

3    2.  This action is transferred to the United States District Court for the Eastern

4    District of California sitting in Fresno; and

5    3.  All future filings shall reference the new Fresno case number assigned and

6    shall be filed at:

7    United States District Court
     Eastern District of California
8    2500 Tulare Street
     Fresno, CA 93721

9

10   DATED:  April 9, 2012

11

12   _____
     KENDALL J. NEWMAN
13   UNITED STATES MAGISTRATE JUDGE

14   garc0834.109

15

16

17

18

19

20

21

22

23

24

25

26

2